IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

VS.    CR. NO. 1:17-10095-STA

CHRISTOPHER BERNAL WOODS,

    Defendant.

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

    This cause came to be heard on March 5, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Christopher Bernal Woods, appearing in person, and with counsel, Steve West.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    A basis in fact having been established, the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **TUESDAY, June 19, 2018 at 10:00 A.M., before Chief S. Thomas Anderson.**

    Defendant to remain released on current bond.

    **ENTERED** this the 5th day of March, 2018.

                                                                <u>s/ S. Thomas Anderson</u>
                                                              CHIEF JUDGE, U. S. DISTRICT COURT