IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

___

UNITED STATES OF AMERICA

v.  Cr. No. 17-CR-10095-STA

CHRISTOPHER BERNAL WOODS

___

**ORDER**
___

Upon the Agreed Motion of the Defendant and the United States Attorney to continue the June 19, 2018 sentencing date;

IT IS HEREBY ORDERED that the Defendant's sentencing date be and hereby is continued to Tuesday, July 31, 2018 at 10:00 a.m.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE
Date: 6/12/2018